

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **MARILYN ROMAN LIVELY**<br>LA. DOC #533919<br>VS. | **CIVIL ACTION NO. 6:10-cv-1002**<br><br>**SECTION P**<br><br>**JUDGE HAIK** |
| **WARDEN JIM ROGERS** | **MAGISTRATE JUDGE HANNA** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITHOUT PREJUDICE** because petitioner failed to exhaust available state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 7th day of December, 2010.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE